UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Allen B. Gottlieb, Phyllis J. Gottlieb, individually and as guardian of Jesse H. Gottlieb,<br><br>Plaintiffs,<br><br>-against-<br><br>Alexander Eisemann,<br><br>Defendant. | No. 25 CV 9195 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Alexander Eisemann's letter stating he intends to pursue his counterclaims and does not consent to dismissal of this Action (dkt. no. 122).

The parties shall confer and inform the Court by letter how they propose to proceed, including by proposing a briefing schedule, if appropriate.

**SO ORDERED.**

Dated: November 24, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge